### PORTER cont$^a$ APPLETO$^n$

Abel Porter plaint. cont$^a$ John Appleton Defend$^t$ in an action of the case for witholding the full and just Summe of one hundred pounds of lawfull money of New-England due to this plaint. upon the Forfiture of a bond of Arbitration given under the hand and Seale of s$^d$ Appleton dated. 6: Nov$^r$ 1678. as shall appear with all other due damages. . . . The Jury . . . found for the plaint. One hundred pounds in money being the Forfiture of the bond & costs of Court The Defend$^t$ appealed from this Judgem$^t$ unto the next Court of Assistants and put in Security for prosecution thereof to effect.

[ The bond of arbitration in this case has not been preserved; but the award of the arbitrators is in S. F. 1878.6.  In S. F. 1878.2 is a summons to Henry Deering, John Walley, Penn Townsend, Paul Dudley, Benjamin Davis, and John Pynchon (of whom the second and third had been the arbitrators) to testify at the County Court.  The account over which the disagreement arose (S. F. 1878.5) follows:

Accompt of Sales Sundry goods Ship't aboard the Katch Dilligence Thom. Palmer Comm$^a$ for Accompt of m$^r$ Abel Porter is D$^r$ to Sundry Ac$^{tt}$ of charges. viz$^t$:

| Virginia 1677 | | £ tobac |
|---|---|---|
| Novemb$^r$ 26 | To. $\frac{1}{8}$ part of Victualling the Katch in Virg$^a$ 62$^{li}$ $\frac{1}{2}$   . . . | 0062$\frac{1}{2}$ |
| | To: $\frac{1}{8}$ part of Entring & Cleering the Katch Coll$^{rs}$   . . . | 0105 |
| | To. Storehouse Roome for goods . . . . . . . . . | 0250 |
| | To Sloope hire to Ship't Tobacco in Holland . . . . . | 0100 |
| | To. Commission for Sales at 5 per $^{ctt}$ . . . . . . . . . | 0535 |
| | | 1052$\frac{1}{2}$ |
| | To. his Acco$^t$ curr$^t$ below for Ball$^a$ of his Accompt Sales being . . . . . . . . . . . . . . . . . . . . | 9653 |
| | | 10750 |

Pr Contra . . . Cr

Virginia
1677                                                      li tobacco

| | | li tobacco |
|---|---|---|
| Septembr 22 | By. Sales of. $835^{li}$ Sugr at $3^{li}$ per$^{li}$ | 02505 |
| Ditto 5 | By. Sales of .4. barrs Molasses to Severll men | 01014 |
| | By. Sales of .8. barrs Salt Sold to Severll | 01040 |
| Octobr 5 | By. Sales of. 12. qutr caske wine to sundry pers | 03600 |
| | By. Sales of a parcell of Ginger to sundry pers | 00200 |
| | By. Sales of .1. barrll Lime juice. $300^{li}$ | 00300 |
| | By. Sales of .34. pr Shoes Sould to severll | 01000 |
| | By. Sales of .$6^{li}\frac{1}{2}$. powder .$65^{li}$ 1 Chest: $90^{li}$ | 00155 |
| Novembr 4 | By. Sales of .$40\frac{1}{2}$. gallo Rum at .$22^{li}$ per gallo | 00891 |
| | | 10705 |

Mr Abel Porter his Accompt Currt Dr

| Virginia | | |
|---|---|---|
| Ianuary 18 | To. Tobacco Shipt onboard Ino Holland to Ordr | 02500 |
| | To. Commission of. $2500^{li}$ Ship't aboard | 00125 |
| | To. Debts left in Major Allerton's hands | 07028 |
| | | 09653 |

pr Contra . . . Cr

Virginia

| Febr 27 | By the nt produce of Acctt Sales above | 09653 |
|---|---|---|

Errors Excepted this tenth day March. 1677.

John Appleton

mr Iohn Appleton appeared before me and made Oath that the abovewritten Account is a true & just Account as hee hath Subscribed .this. 17. of Decembr 1678.

Daniel Denison

Ownd in Court by mr Appleton 28° Januro. 79.

attests J. Addington Cler.

Vera Copia . . . Jsa Addington Cler

The dispute appears to have turned chiefly upon an uninteresting technicality concerning Appleton's carrying out of the award. Appleton's Reasons of Appeal are in S. F. 1878.4. The Court of Assistants in March 1679/80 (Records, i. 154)

. . . found for the deffendant Confirmation of the former Judgment & Costs of Courts. After ye Court had heard ye partjes pleas [for?] a chancery of ye bond they Judged it meet i e the bench to chancery the bond to forty fiue pounds mony & Costs of Courts the plaintiff taking the debts & Goods in virginea to himself ye Costs allowed being fower pound sixteene shillings and two pence.

Later in the same session the Court gave the following order (S. F. 1878.3):

Whereas in the Case betweene mr Porter & mr Appleton depending in the Court of assistants about the chancering of a bond of arbitration it appeares (through inadvertency) that Judgment is entred contrary to the intention and order of the Court for a respit untill a further hearing, Jt is heereby ordered &

declared that the s^d Judgment be null & voyd in law & all acts since Done by either partie in prosecution of the s^d Judgment be in like manner null & voyd, untill the S^d Appleton have opportunity of further plea whereunto he shal be admitted before the end of the next Court of Assistants in September or the Court take further order heereon. Past by y^e magis^ts as their Act at the Court off assistants on Adjournm^t this 4 of June 1680.

Edw^d Rawson Secret

At the September Court of Assistants the case was finally settled (Records, i. 167):

The Court on Consideration of their late Act in June last Reasuming the Chanceryng of m^r Apleton^s bond declare they haue chancerjed the s^d bond to thirty fiue pounds mony & m^r Apleton to haue the tobacco^s himselfe.]